*This is a nonprecedential memorandum opinion pursuant to ORAP 10.30 and may not be cited except as provided in ORAP 10.30(1).*

Submitted September 18, affirmed October 11, 2023

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

WHITE BUFFALO CALF WANNASSAY HAUSE,
*Defendant-Appellant.*

Hood River County Circuit Court
21CR03720; A178071

Karen Ostrye, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Matthew Blythe, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Robert M. Wilsey, Assistant Attorney General, filed the brief for respondent.

Before Ortega, Presiding Judge, and Powers, Judge, and Hellman, Judge.

PER CURIAM

Affirmed. *State v. Buttrey*, 293 Or 575, 651 P2d 1075 (1982); *State v. Ivashova*, 320 Or App 76, 511 P3d 1136, *rev den*, 370 Or 455 (2022).